

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Correctional Institution*
*P. O. Box 1000*
*Butner, North Carolina 27509*

June 5, 2014

The Honorable Robert B. Jones, Jr.
United States District Court
Eastern District of North Carolina – Western Division
United States Courthouse
2 Princess Street
Wilmington, NC 28401

RE: LULL, Zackery Robert
REGISTER NUMBER: 58518-056.
DOCKET NUMBER: 5:14-MJ-1839

Dear Judge Jones:

The above referenced individual was admitted to the Federal Correctional Institution, Butner, North Carolina, on June 4, 2014, pursuant to the provisions of Title 18, United States Code, Sections 4241 and 4247 (b) (c). Currently, the evaluator is conducting interviews and psychological testing with Mr. Lull, which are necessary to complete his evaluation. In order to complete extensive psychological testing, I respectfully request the evaluation period start on the date of his arrival at this institution and be extended for fifteen days. If this request is granted, the evaluation period will end on July 18, 2014. Staff will complete the evaluation as soon as possible after that date and notify the U.S. Marshals Service and the Clerk of Court when the evaluation is completed. If you concur, please complete the bottom section of this request and return by fax machine to Tracy Taylor, Health Systems Specialist, at (919) 575-2015, and to Antonia Loyd, Supervisory Inmate Systems Specialist, at (919) 575-2003.

Thank you in advance for your assistance in this matter. If you need additional information, please contact me at (919) 575-4541.

Respectfully,

Charles Ratledge
Warden

☒ The above requested extension of time is hereby granted

☐ The above requested extension of time is not hereby granted

Signature: _____  DATE: 6/10/14
U.S. Magistrate Judge Robert B. Jones Jr.

Case 5:14-cr-00106-BO   Document 14   Filed 06/11/14   Page 1 of 1