IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-106-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| ZACKARY ROBERT LULL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the court's own motion, the undersigned hereby recuses himself from this matter. The clerk is directed to reassign this case accordingly.

This 9th day of September 2014.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, N.C.
jh